LOCKE LORD BISSELL & LIDDELL LLP
Brandon J. Witkow (SBN 210443)
bwitkow@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Tel:    (213) 485-1500
Fax:   (213) 485-1200

LOCKE LORD BISSELL & LIDDELL LLP
John W. Osborne (*Pro Hac Vice To be Filed*)
josborne@lockelord.com
Three World Financial Center
New York, New York 10281-2101
Tel:    (212) 415-8600
Fax:   (212) 303-2754

*Attorneys for Plaintiff*
AMERANTH, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>GENESIS GAMING SOLUTIONS, INC., a Texas corporation, IT CASINO SOLUTIONS LLC, a California limited liability company, EL DORADO ENTERPRISES, INC, dba HUSTLER CASINO, a California corporation, COMMERCE CASINO, INC., a California corporation, NORMANDIE CLUB LP, a California limited partnership, & DOES 1-100, inclusive,<br><br>           Defendants. | Case No. 8:11-CV-00189-AG (RNBx)<br><br>**ORDER RE SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |

**ORDER**

## ORDER

The parties having so consented, pursuant to Federal Rule of Civil Procedure 15(a)(2), IT IS HEREBY ORDERED THAT Plaintiff Ameranth, Inc.'s Second Amended Complaint shall be manually filed by May 18, 2011. Defendants Genesis Gaming Solutions, Inc., IT Casino Solutions, LLC and California Commerce Club, Inc. dba Commerce Casino's Answer or other response shall be due fourteen (14) days from the date the Second Amended Complaint is filed.

IT IS SO ORDERED.

Dated: May 11, 2011

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD