Law Office of David B. Abel
David B. Abel (State Bar No. 156744)
111 N. Sepulveda, Suite 250
Manhattan Beach, CA 90266
E-Mail: davidabel@abelpatentlaw.com
Tel: 310-937-1590

Ronald C. Gorsché (admitted *pro hac vice*)
4054 Dean Martin Dr.
Las Vegas, NV 89103
E-Mail: rong@genesisgaming.com
Tel: 303-667-2301

Jeffrey A. Tinker (admitted *pro hac vice*)
2728 N. Harwood St., Suite 500
Dallas, TX 75201
Email: jtinker@winstead.com
Tel: 214-745-5346

Attorneys for Defendant
**Genesis Gaming Solutions, Inc.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GENESIS GAMING SOLUTIONS, INC., *et al*.<br><br>    Defendants.<br><br>GENESIS GAMING SOLUTIONS, INC.; CALIFORNIA COMMERCE CLUB, INC.,<br><br>    Counterclaimants<br><br>    v.<br><br>AMERANTH, INC.,<br><br>    Counterclaim-Defendant. | CASE NOS.<br>SA 11-cv-0189 AG (RNBx) consol with<br>SA 8:13-00720 AG (RNBx)<br><br>**ORDER RE JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND CONTINUANCE OF EXPERT DISCOVERY CUTOFF**<br><br>**Judge: Hon. Andrew J. Guilford** |

[PROPOSED] ORDER RE JOINT STIPULATION

## ORDER

Upon consideration of the Joint Stipulation, the Joint Stipulation is hereby **GRANTED.** The Expert Discovery Cutoff is hereby continued until December 5, 2014. The Hearing Date for Genesis' Motion for Summary Judgment of Non-infringement of the '650 and '909 Patents is hereby set for December 15, 2014, with Plaintiff's Opposition shall be due November 17, 2014 and Genesis' Reply shall be due December 1, 2014.

**IT IS SO ORDERED**

Dated: November 06, 2014

Honorable Andrew J. Guilford

[PROPOSED] ORDER RE JOINT STIPULATION