UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   vs.<br><br>GENESIS GAMING SOLUTIONS, INC., et al.<br><br>              Defendants.<br><br>AND RELATED COUNTER CLAIMS | Case No. SACV11-0189-AG (RNBx) [consolidated with 8:13-00720-AG-RNB<br><br>**ORDER RE APPLICATION TO FILE DOCUMENTS UNDER SEAL RE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AS TO NON-INFRINGEMENT OF '650 & '909 PATENTS** |

**ORDER**

1

Plaintiff Ameranth, Inc.'s Application to File Documents Under Seal in Support of its Opposition to Motion for Summary Judgment as to Non-Infringement of '650 & '909 Patents [Local Rule 79-5] has been considered by the Honorable Andrew J. Guilford.

IT IS HEREBY ORDERED that:

Plaintiff Ameranth, Inc.'s Application to File Documents Under Seal in Support of its Opposition to Motion for Summary Judgment as to Non-Infringement of '650 & '909 Patents is granted, and the following documents are to be maintained under seal by this Court:

(1) Exhibit A – Pages 46 through 54 to the Declaration of Michael I. Shamos, Ph.D in Support of Ameranth, Inc.'s Opposition to Genesis Gaming Solutions' Motion for Summary Judgment of Non-Infringement of '650 & '909 [Docket # 229-2]; and

(2) Exhibits 3, 4, 6, 7, 11, 14, 16 and 21 to the Declaration of Ethan Watts in Support of Ameranth's Opposition to Genesis Gaming Solutions' Motion for Summary Judgment of Non-Infringement of '650 & '909 [Docket # 229-6].

**IT IS SO ORDERED.**

Dated: November 18, 2014       By: _____

                                                   The Honorable Andrew J. Guilford