**witkow**law

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

| AMERANTH, INC., a Delaware corporation, | ) ) ) | Case No. SACV11-0189-AG (RNBx) [consolidated with 8:13-00720-AG-RNB |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER RE APPLICATION TO FILE DOCUMENTS UNDER SEAL RE OPPOSITION TO MOTION FOR SUMMARYJUDGMENT ON NON-INFRINGEMENT OF THE '650 & '909 PATENTS** |
| GENESIS GAMING SOLUTIONS, INC., et al. | ) ) ) | |
| Defendants. | ) ) ) ) ) | |
| AND RELATED COUNTER CLAIMS | ) ) | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

1   Plaintiff Ameranth, Inc.'s Application to File Documents Under Seal in Support

2   of its Opposition to Motion for Summary Judgment on Non-Infringement of '650 and

3   '909 Patents [Local Rule 79-5] has been considered by the Honorable Andrew J.

4   Guilford.

5   IT IS HEREBY ORDERED that:

6   Plaintiff Ameranth, Inc.'s Application to File Documents Under Seal in Support

7   of its Opposition to Genesis Gaming Solutions, Inc.'s Motion for Summary

8   Judgment on Non-Infringement of the '650 and '909 Patents is granted.

9

10   **IT IS SO ORDERED.**

11

12   Dated: November 19, 2014          By: _____

13                                          The Honorable Andrew J. Guilford

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

witkowlaw

2

**[PROPOSED] ORDER**