MUNGER, TOLLES & OLSON LLP
Edward G. Dane (SBN 143195)
ted.dane@mto.com
Peter E. Gratzinger (SBN 228764)
peter.gratzinger@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

witkowlaw | a professional law corporation
Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
21031 Ventura Boulevard, Suite 603
Woodland Hills, California 91364
Tel:  818.296.9508
Fax:  818.296.9510

OSBORNE LAW LLC
John W. Osborne (Admitted Pro Hac Vice)
josborne@osborneipl.com
33 Habitat Lane
Cortlandt Manor, New York 10567
Tel:  (914) 714-5936
Fax:  (914) 734-7333

WATTS LAW OFFICES
Ethan M. Watts (SBN 234441)
emw@ewattslaw.com
12340 El Camino Real, Suite 430
San Diego, California 92130
Tel:  (858) 509-0808
Fax:  (619) 878-5784

Attorneys for Plaintiff and Counter-Defendant
AMERANTH, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS GAMING SOLUTIONS, INC. et al.<br><br>Defendants. | Nos. SA 11-cv-0189-AG (RNBx), SA 8:13-00720-AG-(RNBx)<br><br>**NOTICE OF ERRATA RE AMERANTH'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE '650 AND '909 PATENTS PER 35 U.S.C. § 101**<br><br>Judge: Hon. Andrew J. Guilford<br>Date: Dec. 22, 2014 at 10:00 AM<br>Place: Courtroom 10D |

25131832.2

AMERANTH'S OPPOSITION TO MSJ FOR INVALIDITY OF THE '650 AND '909 PATENTS

On December 1, 2014, Ameranth filed its "Opposition to Motion of Partial Summary Judgment of Invalidity Of The '650 And '909 Patents Per 35 U.S.C. § 101 (Dkt. 243).  That filing contains an inadvertent error at p. 16, fn. 1, which states, "No evidence about the alleged operations of the Crystal Park Casino had previously been produced during discovery or disclosed in Defendants' invalidity contentions."  In fact, the spreadsheet that was attached to Mr. Risnoveanu's declaration in support of the Motion (Dkt. 216-14) was previously produced to Ameranth as a native file on September 26, 2014, at the same time as Defendants' Invalidity Contentions.  Ameranth did not appreciate the nature of this document based on its prior production because the document makes no reference to the Crystal Park Casino, has a date on its face that is seven years after the filing date of the patents in suit, and, as far as Ameranth can determine, there is no reference to or explanation of the document in Defendants' Invalidity Contentions.

DATED:  December 1, 2014

MUNGER, TOLLES & OLSON LLP
Ted G. Dane
Peter E. Gratzinfer

witkowlaw, a professional law corporation
Brandon J. Witkow

OSBORNE LAW LLC
John W. Osbore

WATTS LAW OFFICES
Ethan M. Watts

By:   /s/ *Peter E. Gratzinger*
           Peter E. Gratzinger

Attorneys for Plaintiff and Counter-Defendant, AMERANTH, INC.

25131832.2

-1-

AMERANTH'S OPPOSITION TO MSJ FOR INVALIDITY OF THE '969 PATENT