

JS-6

UNITED   STATES   DISTRICT   COURT

FOR   THE   CENTRAL   DISTRICT   OF   CALIFORNIA

AMERANTH, INC., a Delaware corporation,   )    Case No. SACV 11-00189 AG (RNBx)
                                          )    and    SACV 13-00720 AG (RNBx)
                        Plaintiff,        )
                                          )
           vs.                            )
                                          )    FINAL JUDGMENT AS TO AMERANTH AND
GENESIS GAMING SOLUTIONS, INC., et al.,   )    CALIFORNIA COMMERCE CLUB, INC.
                                          )
                        Defendants.       )
                                          )
_____ )

**FINAL JUDGMENT IS HEREBY ENTERED** as follows:

1.    Ameranth, Inc.'s ("Ameranth") claims against California Commerce Club, Inc. ("Commerce") for infringement of U.S. Patent No. 7,431,650 asserted in the Third Amended Complaint in the SACV 11-00189 AG (RNBx) action are DISMISSED with prejudice;

2.    Ameranth's claims against Commerce for infringement of U.S. Patent No. 8,393,969 asserted in the Complaint in the SACV 13-00720 AG (RNBx) action are DISMISSED with prejudice;

3.    Commerce's declaratory relief counterclaims in both the SACV 11-00189 AG (RNBx) and the SACV 13-00720 AG (RNBx) actions are DISMISSED without prejudice.

4.    Commerce shall recover its taxable costs.

DATED: April 22, 2015

_____
Andrew J. Guilford
United States District Judge

2